UNITED STATES DISTRICT COURT FOR PROVIDENCE R.I.

Peter Bibby

CA 09-529

vs.

Joseph F. Rodgers
Administrator of Superior Court & State of Rhode Island et. al.
Magistrate Harwood,
Jane and John Doe et. al.
"Clerks" and Judge Rodgers

IN BOTH THEIR INDIVIDUAL AND OFFICIAL CAPACITY.

Civil Rights Complaint.

This is a Civil Action Pursuant to 42 USC 1983 and is being filed against Defendants, for Damages, for their actions alleged herein, and

(2)

TO REMEDY VIOLATIONS OF MY 1,4,6,8,14 AMENDMENT Rights OF THE U.S. CONSTITUTION.

## JURISDICTION & VENUE

#1 JURISDICTION IS PROPER PURSUANT TO 28 USC SECTION 1343(3), VENUE IS PROPER IN THE FIRST DISTRICT OF PROVIDENCE, RHODE ISLAND, PURSUANT TO 28 USC SECTION 1391(B).

#2 PARTIES IN THIS ACTION.

Peter J. Bibby is the Plaintiff who is located at P.O. Box 20983, CRANSTON, RI. 02920.

#3 Joseph F. Rodgers is a Defendant, and Administrator of Superior Court, and Presiding Justice, is located at 250 Benefit St. Providence, RI 02903. And is being Sued in Both Capacitys, As Administrator and Judge, for his actions, at all times Relevant to this Complaint, Under the Color of State Law.

(2)

C.A. NO. _____

#4 MAGISTRATE HARWOOD IS A DEFENDANT AND IS LOCATED AT 250 BENEFIT STREET PROVIDENCE RHODE ISLAND 02903. AND IS BEING SUED FOR HER ACTIONS AT ALL TIMES RELEVANT TO THIS COMPLAINT, UNDER THE COLOR OF STATE LAW.

#5 JUDGE RODGERS, AND JOSEPH R. RODGERS AND STATE OF RHODE ISLAND, IS A DEFENDANT, AS WELL AS JANE AND JOHN DOE "CLERKS," AND ADMINISTRATOR OF COURT, ALL OF THESE DEFENDANTS ARE BEING SUED FOR THERE ACTIONS UNDER THE COLOR OF STATE LAW AND AT ALL TIMES RELEVANT TO THIS COMPLAINT. IN THERE INDIVUAL AND OFFICIAL CAPACITY.

## FACTS

#6 JOSEPH R. RODGERS, CLERKS, MAGISTRATE HARWOOD AND THE STATE OF RHODE ISLAND CREATED AN EXTERNAL CONSTRAINT AGAINST PLAINTIFF, THAT RESULTED FROM CHANGE OF POLICY BY PUBLIC DEFENDERS IN SUPERIOR (SEE EXHIBIT B) LETTER PD'S

③

C.A. NO.

#4 MAGISTRATE HARWOOD IS A DEFENDANT AND IS LOCATED AT 250 BENEFIT STREET PROVIDENCE RHODE ISLAND 02903. AND IS BEING SUED FOR HER ACTIONS AT ALL TIMES RELEVANT TO THIS COMPLAINT.

#5 JUDGE RODGERS, AND JOSEPH F RODGERS AND STATE OF RHODE ISLAND, IS A DEFENDANT, AS WELL AS JANE AND JOHN DOE "CLERKS," AND ADMINISTRATOR OF COURT, ALL OF THESE DEFENDANTS ARE BEING SUED FOR THERE ACTIONS AT ALL TIMES RELEVANT TO THIS COMPLAINT. IN THERE INDIVUAL AND OFFICIAL CAPACITY.

## FACTS

#6 JOSEPH F RODGERS, CLERKS, MAGISTRATE HARWOOD AND THE STATE OF RHODE ISLAND CREATED AN EXTERNAL CONSTRAINT AGAINST PLAINTIFF, THAT RESULTED FROM CHANGE OF POLICY BY PUBLIC DEFENDERS IN SUPERIOR (SEE EXHIBIT B)

(3)

LETTER PD'S

(4)

C.A. NO. _____

Court on December 11, 18 and 26, 2006, as well as other dates alleged herein this complaint. The Administrator Joseph F. Rodgers and the State of Rhode Island owed a special duty and breached that duty by failing to afford equal protection afforded to all and to properly train its employees, in court.

#7 On December 11, 2006 Magistrate Harwood appointed the Public Defenders who never showed, when all of the judges were suppose to appoint private counsel for 32(f) Probation Violators.

#8 This contributory negligence by defendants was due to Joseph F. Rodgers, the Administrator of the Providence Superior Courts failure and inability to train and adequately supervise his employees in Superior Court. And advise judges/magistrate of policy change, which resulted in damages alleged herein.

(4)

(5)

CA. NO. _____

#9 The inability of court to appoint counsel on December 11, 18 and 26, 2006 denied/delayed my rights to due process, a bail hearing, and denied appointed counsel adequate time to prepare for a violation hearing. The courts negligence caused a violation of R.I.G.L. and denied me equal protection afforded under 14 amendment of the United States Constitution to all.

#10 The defendants negligence led to a conspiracy by court employees/defendants and set off a chain of events causing a cover up by Joseph A Rodgers, clerks and court appointed counsel. These actions violated rules of Superior Court and caused plaintiff to be held by abuse of process. As a result of this negligence plaintiff rights to minimum due process protections were denied/delayed, causing plaintiff to be falsely imprisoned at violation hearing for ulterior purpose and motive. Plaintiff filed several motions to correct sentence, (5) and was denied equal protection. After sentence correction, these clerks failure to provide adequate notes to D.O.C.

C.A. NO. _____

#11 As a result of this conspiracy by defendants alleged herein 6-10, Joseph F. Rodgers thru his clerks intentionally failed to properly fill out the MIT-U-MUS and correct my sentences after many requests/motions and contact the D.O.C. after I was granted a sentence correction on 9/17/2007 on K2-2005-0289 P2-2007-2261A (See current docket sheet) & (MIT-U-MUS & transcripts 9/17/2007 7/22/2009)

#12 The Plaintiff avers that this denial of his rights to counsel, a timely sentence Rule 35 correction, bail and consideration with appropriate time at parole were rights that was entitled to him under R.I.G.L. and 14th Amendment of the U.S. Constitution.

#13 Plaintiff avers that this negligence by defendants was intentional in an effort to cover up mistakes made in delay of appointment of counsel, and Judge Rodgers was informed of this in 6/2007 by Glenn Sparr attorney. (See Exhibit 3) (And at later dates in my requests) He further avers that he made several requests directly to Judge Rodgers, who failed to respond, and attempts for Judge Rodgers to correct these errors, up and thru 11/2009. See letter to Glenn Sparr 6/2007 (6) who failed to do so.

#14 The Plaintiff alleges that at all times relevant to this complaint he was diligent and did not cause or influence actions or contributory negligence that occurred by defendants, who were solely responsible for damages alledged herein by Plaintiff.

#15 The negligence and conspiracy by defendants has caused irreparable harm and damages that resulted from 7-14 alledged herein.

## DAMAGES CAUSED BY DEFENDANTS

#16 Loss of Liberty (Continous) & Denial of Early Parole.

#17 Loss of Tools & Equipment.

#18 Loss of Contractors Licenses, Heat & Refrigeration

#19 Has Received Huge Fines and has been unable to find Counsel to assist in collecting moneys owed and securing equipment.

#20 Possibility of further Criminal Actions due to being unable to complete several contracts.

#21 Mental Anguish, Stress, Loss of Family Relations, Home and Personal Effects gone.

#22 Has had an impact on Personal Injury Suit. Unable to obtain proper medical needed.

#23 Loss of Communications with Family, wife suffers from Panic Attacks.

#24 Plaintiff demands a Jury Trial

⑧

CA. NO. _____

## Summary

Wherefore, for the reasons stated herein this complaint, Plaintiff Peter J. Bibby demands judgement in an amount sufficient to invoke the jurisdiction of this Honorable Court, together with punitive, compensatory, monetary, and any other relief this Court sees fit. Along with attorneys fees, interest and court costs.

The following attachments are a part of this complaint, and in support thereof.

{ EXHIBIT A — AFFIDAVIT } { EXHIBIT B → MOTIONS TO VACATE AND CORRECT + MEMORANDUM AT LAW, LETTERS }

This action is pro-se and as a result I would like to quote the following:

<u>HAINES vs. KERNER</u> 404 U.S. 519, 30 Led 2d 652 AND 92S CT 594.

⑧

P

The United States Supreme Court holds allegations of a Pro-Se Complaint to less stringent standards than formal pleadings drafted by lawyers.

Dated on:
October 30 2009

Signed by:                S/ Pet J Bibby Pro-Se
Attachments               Peter J. Bibby Pro-Se
(See Notes Page 8)        P.O. Box 8212
                          Cranston, RI 02920
                          Minimum #71058

## CERTIFICATION

I certify that on October 30 2009, I mailed a true copy of the within to the United States District Court at One Exchange Terrace Providence RI 02903

S/ Pet J Bibby Pro-Se

## VERIFICATION

I Peter J. Bibby have verified that the facts and persons are true and correct as stated, Those facts that were learned upon information and belief, I believe them to be true because they came to me from reliable sources. The facts and damages are on page numbers 4, 5, 6, 7 & 8 and the item numbers are (6 thru 24) and the parties are on page numbers 1, 2 and 3. And are listed as (2 thru 5).

OCTOBER 30, 2009
DATE

Pet J. Bibby /s/
P.O. Box
CRANSTON RI 02920
71058